UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
MARY TAKKI,                        )
                                   )
       Plaintiff,                 )
                                   )   Civil Action No.
       v.                         )   18-10099-FDS
                                   )
BETH ISRAEL DEACONESS              )
HOSPITAL—PLYMOUTH, INC.,           )
                                   )
       Defendant.                 )
_____)

## ORDER

**SAYLOR, J.**

    This is an action for wrongful termination. Plaintiff Mary Takki has brought suit against her former employer, Beth Israel Deaconess Hospital—Plymouth, alleging claims under state law arising out of her firing. Defendant has filed a motion to dismiss, arguing principally that the claims are preempted by the Labor Management Relations Act, 29 U.S.C. § 185, and that the appropriate limitations period has run. In arguing that motion, defendant has presented documents outside the pleadings, most notably excerpts of a collective bargaining agreement. It therefore appears appropriate to convert defendant's motion to dismiss into one for summary judgment pursuant to Fed. R. Civ. P. 12(d).

    Accordingly, the motion to dismiss is hereby CONVERTED to a motion for summary judgment. The parties may present additional legal argument, evidence, or any other material on or before May 4, 2018.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor IV
Dated: April 9, 2018                            United States District Judge